UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| TYRONE ADGER | CIVIL ACTION NO. 09-1262-P |
| VERSUS | JUDGE STAGG |
| WARDEN JERRY GOODWIN | MAGISTRATE JUDGE HORNSBY |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint is DISMISSED WITH PREJUDICE as frivolous under 28 U.S.C. § 1915(e).

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 25th day of July 2012.

TOM STAGG
UNITED STATES DISTRICT JUDGE